# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Joshua Lee Blackwell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:16-cv-00067-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Judy Humphries | ) | |
| Alan Houser | ) | |
| John H. Piland, | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 18, 2017 Order.

October 18, 2017

_____
Frank G. Johns, Clerk
United States District Court